UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TEXTRON FINANCIAL
CORPORATION,

    Plaintiff,

v.                                                 Case No: 2:08-cv-362-Ftm-38DNF

WILSON R. ELLIOTT and LANETTE M.
ELLIOT,

    Defendants.
_____/

## ORDER

This matter is before the Court upon periodic review. On March 10, 2011, the Court entered an Order directing the Defendants to file a status report every 120 days (Doc. #56). Defendants' Wilson R. Elliott and Lanette M. Elliott's Status Report (Doc. #57) was filed on March 15, 2011 and indicated that Plaintiff was to receive proposed payments under the Trustee's Final Report, that a final decree was due to be entered, that Vanland, Inc. was administratively dissolved, that further status reports were no longer necessary, and that irrespective of the final decree, any claim by Textron Financial Corporation against the Elliotts had been rendered unenforceable as a matter of law.

On April 23, 2013, the Court directed (Do. #58) Plaintiff to show cause by May 7, 2013 as to why the case should not be dismissed based on Defendants' Wilson R. Elliott and Lanette M. Elliott's Status Report and the attached Trustee's Final Report. Plaintiff has failed to respond and the time for doing so has long since expired.

    Accordingly, it is now

**ORDERED:**

1. This case is hereby **DISMISSED WITH PREJUDICE** and all pending motions are **DENIED** as moot.

2. The Clerk is directed to terminate all pending matters and deadlines and to **CLOSE** the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of June, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record